

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-23-00265-CV

_____

JIMMIE A. FRANKLIN AND DAVID C. COWDEN, Appellants

V.

JACQUELINE CHATTO, Appellee

On Appeal from County Court at Law No. 2
Tarrant County, Texas
Trial Court No. 2020-004836-2

Before Sudderth, C.J.; Bassel and Wallach, JJ.
Memorandum Opinion on Rehearing by Justice Bassel

**MEMORANDUM OPINION ON REHEARING AND JUDGMENT**

After issuing our opinion and judgment on October 3, 2024, Appellee Jacqueline Chatto filed a motion to modify the judgment, and Appellants Jimmie A. Franklin and David C. Cowden filed a motion for rehearing and a motion for en banc reconsideration. Chatto filed a motion for extension of time to respond to Appellees' motions, and we granted her an extension. The parties then filed a joint motion to abate, and we granted that motion.

The parties have now filed a joint motion to dismiss the appeal and seek to have this court withdraw our October 3, 2024 opinion. Accordingly, we grant the parties' joint motion to dismiss this appeal; we withdraw our October 3, 2024 opinion and vacate our October 3, 2024 judgment; and we substitute this memorandum opinion in its place. *See* Tex. R. App. P. 42.1(c). We dismiss any pending motions as moot.

/s/ Dabney Bassel
Dabney Bassel
Justice

Delivered: January 16, 2025